**SENTENCING MINUTES**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

**Judge:** DHB
**Date:** 1/30
**City:** Aug

**CRIMINAL CASE NO. 107-73**

**USA VS. DEWAYNE L. WILLIAMS**

**COURTROOM DEPUTY:** Brenda McCarthy

**COURT REPORTER:** ~~Dick Dueringer~~ Norma Hatfield

**ATTORNEY(S) FOR THE GOVERNMENT:** Patricia Johnson

**ATTORNEY(S) FOR THE DEFENDANT:** Charles Lyons III

**PROBATION OFFICER:** Sam Akers

**DEFENDANT SENTENCED ON COUNT(S)** One

✓ PSI reviewed in full

___ Objections to factual basis

___ Objections to Guidelines Calculations

___ Changes ordered ______

✓ Factual Witnesses Sam Akers, USPO

✓ Statement by counsel

✓ Statement by defendant

✓ Appeal rights of defendant (explained)/waived

Facility requested/recommended ______

Defendant remanded ✓

Voluntary surrender ______

Departure from guidelines No

Deputy Marshal in attendance Ken Shugars

Custody 18 months

Probation —

Supervised Release 3 years

Standard and Special Conditions of release to be explained by USPO. Written copy to be provided to defendant. ✓

Special Assessment $ 100.00

Fine $ ______

Restitution $ $30,219.35

Community Service 150 hrs

w/in 18 months of release

Dismiss Count(s) all remaining

Plea agreement accepted ✓

Upward ___ Downward ___

Time 10:45 to 11:20

Psych evaluation to be recommended to BOP.